Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on 2/24/25.

   a. Total assets                                          $ 1,074,960.00

   b. Total debts (including debts listed in 2.c., below)   $ 1,232,557.00

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | Amount | Holders |
   |---|---|---|---|---|---|
   | secured ☑ | unsecured ☐ | subordinated ☐ | $ | 1,083,288.00 | 2 |
   | secured ☐ | unsecured ☐ | subordinated ☑ | $ | 149,269.00 | 1 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any: 200 shares no par

3. Brief description of debtor's business: ownership and operation of mixed use real estate

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: William Votta